JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-6392          Fax:  (510) 238-6500
24989/385254

Attorneys for Defendants
City of Oakland, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE MOSES, III,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF OAKLAND, et al.,<br><br>                    Defendants. | Case No.  C-06-04468-SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that the Initial Case Management Conference in the above-captioned action currently set for Thursday, October 19, 2006 at 2:00 p.m. is continued to November 17, 2006 at 2:00 p.m. in the United States District Court, Courtroom 10, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Case Management Conference Statement by November 9, 2006 and serve their initial disclosures by that date.

DATED:_____

_____
United States District Judge