IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE MOSES, III, | No. C 06-04468 SI |
|     Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF OAKLAND, | |
|     Defendant.     / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 2, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 25, 2007.

DESIGNATION OF EXPERTS: 5/31/07; REBUTTAL: 6/11/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 29, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by July 13, 2007;

    Opp. Due July 27, 2007;  Reply Due August 3, 2007;

    and set for hearing no later than August 17, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 25, 2007 at 3:30 PM.

JURY TRIAL DATE: October 9, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff and the two officers' depositions shall be completed before the mediation session. The mediation session shall be completed by February 16, 2007.

Plaintiff shall file an amended complaint (naming proper parties) by November 30, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/21/06

                                                            SUSAN ILLSTON
                                                            United States District Judge